**In the Interest of B.W. Plaintiff;**

**Juvenile Officer, Respondent,**

**v.**

**D.C. (Mother) Appellant;**

**B.W. (Putative Father) Defendant,**

**J.D. (Putative Father), Appellant.**

**No. WD 58722.**

Missouri Court of Appeals, Western District.

March 13, 2001.

Amanda M. Feldmiller, Kansas City, Attorney for Appellant–KCMO.

Mary K. O'Malley, Kansas City, Attorney for Respondent, KCMO.

Before ELLIS, P.J., LOWENSTEIN and BRECKENRIDGE JJ.

### ORDER

PER CURIAM.

Mother appeals from a judgment terminating her parental rights to her daughter on four grounds contained in § 211.447 RSMo 1999 Cum.Supp. On the basis of evidence showing the mother for a period of six months failed to visit or support the child although having the ability to do so, the court of appeals finds that the stated ground of abandonment, § 211.447.4(1), is supported by clear, cogent and convincing evidence and that termination was in the child's best interest. Affirmed. Rule 84.16(b).